Bk 4792 Pg293 ⊄5229
06-25-2014 @ 10:54a

When Recorded Return To:
Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

Prepared By:
Lisa Spurbeck
√ Indecomm Global Services
2925 Country Drive
St. Paul, MN 55117

## Assignment of Mortgage

Dated: June 19, 2014

MIN: 1008537010004861 41
MERS Phone: 888-679-6377

For value received Mortgage Electronic Registration Systems, Inc. ("MERS"), as designated nominee for LoanDepot.com, LLC, beneficiary of the security Instrument, its successors and assigns, P.O. Box 2026, Flint, MI 48501-2026, the undersigned hereby grants, assigns and transfers to Ocwen Loan Servicing, LLC all beneficial interest under a certain Mortgage dated May 4, 2011 executed by RAYMOND GLENN and recorded in Book 4400 on Page(s) 280 as Document Number 4078 on May 23, 2011 in the office of the Register of Deeds of Lincoln County, Maine.

Mortgage Electronic Registration Systems, Inc. ("MERS"), as designated nominee for LoanDepot.com, LLC, beneficiary of the security instrument, its successors and assigns

By: 

Yu Yee Vang,
Assistant Secretary

STATE OF Minnesota      )
COUNTY  Ramsey          ) SS

On June 19, 2014 before me, Pang Mee Yang , Notary Public in and for said State personally appeared Yu Yee Vang , Assistant Secretary of Mortgage Electronic Registration Systems, Inc. ("MERS"), as designated nominee for LoanDepot.com, LLC, beneficiary of the security instrument, its successors and assigns, personally known to me to be the person whose name is subscribed to the within instrument and acknowledged to me that s/he executed the same in his/her authorized capacity, and that by his/her signature on the instrument the entity upon behalf of which the person acted, executed the instrument. WITNESS my hand and official seal.

PANG MEE YANG
Notary Public-Minnesota
My Commission Expires Jan 31, 2017

Pang Mee Yang, Notary Public
My Commission expires: January 31, 2017

Received
LINCOLN COUNTY REGISTRY OF DEEDS
REBECCA S. WOTTON, REGISTRAR



EXHIBIT
D