**Bk 5040   PG 160**
08/15/2016 10:59:47 AM
Pages 2
ASSIGNMENT

Instr # 18942
Rebecca S. Wotton Lincoln County Registry of Deeds

Recording Requested By:
**T.D. SERVICE COMPANY**

And When Recorded Mail To:
**T.D. Service Company**
**LR Department (Cust# 673)**
**4000 W Metropolitan Dr Ste 400**
**Orange, CA  92868**

_____ above for Recorder's use _____

Customer#: 673/2   Service#:
Loan#:

## ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, OCWEN LOAN SERVICING, LLC, C/O CALIBER HOME LOANS, INC.
13801 WIRELESS WAY, OKLAHOMA CITY, OK  73134-2550, hereby assign and transfer to U.S. BANK
TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST, 13801 WIRELESS
WAY, OKLAHOMA CITY, OK  73134-2550, all its right, title and interest in and to said Mortgage in the
amount of $110,400.00, recorded in the State of MAINE, County of LINCOLN Official Records, dated MAY
04, 2011 and recorded on MAY 23, 2011, as Instrument No. 4078, in Book No. 4400, at Page No. 280.
Executed by: RAYMOND GLENN (Original Mortgagor).
Original Mortgagee:  MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC., AS NOMINEE
FOR LOANDEPOT.COM, LLC, ITS SUCCESSORS AND ASSIGNS.

Date: __**AUG 1 1 2016**__
OCWEN LOAN SERVICING, LLC, BY CALIBER HOME LOANS, INC., AS ATTORNEY IN FACT

By: _____
**Sarah Leffler, Assistant Secretary**

**EXHIBIT**
**E**

Loan#:
Page 2

Srv#:

> A notary public or other officer completing this certificate
> verifies only the identity of the individual who signed the
> document to which this certificate is attached, and not the
> truthfulness, accuracy, or validity of that document.

State of   **CALIFORNIA**          }
County of   **ORANGE**             } ss.

On **AUG 1 1 2016**_____, before me, Osbaldo Vidrio, a Notary Public, personally appeared   **Sarah Loffler** ,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the
within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized
capacity(ies) and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of
which the person(s) acted, executed the instrument.  I certify under PENALTY OF PERJURY under the laws of
the State of California that the foregoing paragraph is true and correct.
Witness my hand and official seal.

_____
(Notary Name): Osbaldo Vidrio

OSBALDO VIDRIO
Commission # 2100683
Notary Public - California
Orange County
My Comm. Expires Feb 20, 2019

Prepared By:
T.D. Service Company
LR Department
4000 W Metropolitan Dr Ste 400
Orange, CA 92868
JAMIE VAN KEIRSBELK, (714) 543-8372

OSBALDO VIDRIO
Commission # 2100683
Notary Public - California
Orange County
My Comm. Expires Feb 20, 2019