

**Bk 5395 PG 30**
06/17/2019 12:39:03 PM
Pages 1
ASSIGNMENT

Instr # 50371
Rebecca S. Wotton Lincoln County Registry of Deeds

### Quitclaim Assignment

WHEREAS, Loandepot.com, LLC, is identified as the "Lender" on a certain mortgage executed by Raymond Glenn, and bearing the date of May 4, 2011, securing the property located at 401 Miller Road, Waldoboro, in the County of Lincoln and State of Maine and recorded in the Lincoln County Registry of Deeds in Book 4400, Page 280 (hereinafter the "Mortgage");

WHEREAS, Lender wishes to convey and assign any and all rights it may have under the Mortgage to U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Assignee"); and

WHEREAS, this Quitclaim Assignment is not intended to and does not modify or assign any of the rights, title or interests that MERS has or had in the Mortgage.

Accordingly, Lender hereby assigns and quit claims to Assignee all of its rights, title and interests(whatever they may be, if any) in the Mortgage to Assignee.

loanDepot.com, LLC

STATE OF TEXAS

COUNTY OF COLLIN

Subscribed before me, on June 7, 2019, by Leigh Ann Chmielewski as Vice President. He/she is personally known to me or proved to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument.

ELIZABETH EWING
Notary Public, State of Texas
Comm. Expires 05-31-2021
Notary ID 128615202

Notary Public
My Commission expires:

5/31/2021

EXHIBIT

F