UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST, N.A., AS TRUSTEE FOR LSF9 MASTER PARTICIPATION TRUST<br><br>     Plaintiff<br><br>v.<br><br>SAMUEL M. SHERRY, SPECIAL ADMINISTRATOR OF THE ESTATE OF RAYMOND P. GLENN A/K/A RAYMOND GLENN<br><br>     Defendant | 2:19-cv-00518-LEW |

## CONSENT JUDGMENT OF FORECLOSURE AND SALE

**Address:  401 Miller Road, Waldoboro, ME 04572**
**Mortgage:  May 4, 2011, Book: 4400, Page:280**

Now comes the Plaintiff, U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust, and the Defendant, Samuel M. Sherry, Special Administrator of the Estate of Raymond P. Glenn, a/k/a Raymond Glenn, by and through their counsel, and hereby submit this Consent Judgment of Foreclosure and Sale.

Count II – Equitable Mortgage is hereby **DISMISSED** without prejudice at the request of the Plaintiff.  **JUDGMENT** on Count I - Foreclosure is hereby **ENTERED** as follows:

1. If the Defendant or his heirs or assigns pay U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("U.S. Bank") the amount adjudged due and owing ($157,758.74) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A § 6322, U.S. Bank shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF Docket.  The

following is a breakdown of the amount due and owing as of June 30, 2020:

| Description | Amount |
| --- | --- |
| Unpaid Principal Balance | $104,813.07 |
| Interest | $27,784.01 |
| Late Charges | $230.04 |
| Escrow Advances | $24,931.62 |
| **Grand Total** | **$157,758.74** |

2. If the Defendant or his heirs or assigns do not pay U.S. Bank the amount adjudged due and owing ($157,758.74) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322, his remaining rights to possession of the Waldoboro Property shall terminate, U.S. Bank shall conduct a public sale of the Waldoboro Property in accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount of $157,758.74 after deducting the expenses of the sale, with any surplus to the Defendant or the heirs or assigns, in accordance with 14 M.R.S.A. § 6324. U.S. Bank may not seek a deficiency judgment against the Defendant pursuant to the Plaintiff's waiver of deficiency at trial.

3. Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The amount due and owing is $157,758.74.

5. U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust has first priority, in the amount of $157,758.74, pursuant to the subject Note and Mortgage and there are no parties in interest other than the Defendant who has second priority.

6. The prejudgment interest rate is 3.75000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 8.59%, *see* 14 M.R.S.A. §1602-C.

7. The following information is included in this Judgment pursuant to 14 M.R.S.A. § 2401(3):

|  | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust<br>13801 Wireless Way<br>Oklahoma City, OK 73134 | John A. Doonan, Esq.<br>Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 225D<br>Beverly, MA 01915 |
| DEFENDANT | Samuel M. Sherry, Special Administrator of the Estate of Raymond P. Glenn<br>P.O. Box 7875<br>Portland, ME 04112 | |

a) The docket number of this case is No. 2:19-cv-00518-LEW.

b) The Defendant, the only party to these proceedings besides U.S. Bank, received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 401 Miller Road, Waldoboro, ME 04572, is set forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 401 Miller Road, Waldoboro, ME 04572. The Mortgage was executed by the Defendant on May 4, 2011. The book and page number of the Mortgage in the Lincoln County Registry of Deeds is Book 4400, Page 280.

e) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an in rem judgment against the property, 401 Miller Road, Waldoboro, ME 04572.

|  |  |
|---|---|
| Dated:  8/28/2020 | /s/ John A. Doonan, Esq. |
|  | John A. Doonan, Esq., Bar No. 3250 |
|  | Reneau J. Longoria, Esq., Bar No. 5746 |
|  | Attorneys for Plaintiff |
|  | Doonan, Graves & Longoria, LLC |
|  | 100 Cummings Center, Suite 225D |
|  | Beverly, MA 01915 |
|  | (978) 921-2670 |
|  | JAD@dgandl.com |
|  | RJL@dgandl.com |

|  |  |
|---|---|
| Dated: 8/24/2020 | /s/ Samuel M. Sherry |
|  | Samuel M. Sherry, Special Administrator of the |
|  | Estate of Raymond P. Glenn |
|  | P.O. Box 7875 |
|  | Portland, ME 04112 |

**SO ORDERED**

**DATED THIS 31st DAY OF AUGUST, 2020**     /s/ Lance E. Walker
                                                                            **U.S. DISTRICT JUDGE**